IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kristen Poshard, <br><br> Plaintiff, <br><br> vs. <br><br> Madison County, Illinois; and, in their individual capacities, Philip Chapman, Kurtis Prenzler, and Douglas Hulme, <br><br> Defendants. | C.A. No. 3:19-cv-00324 <br><br> **JURY TRIAL DEMANDED** |

## Motion to Withdraw

I, Joshua M. Pierson, move to withdraw my appearance on behalf of plaintiff. Jill A. Silverstein, Ferne P. Wolf, and SilversteinWolf, LLC remain entered on behalf of plaintiff.

/s/ Joshua M. Pierson
SilversteinWolf, LLC
Joshua M. Pierson
jp@silversteinwolf.com
530 Maryville Centre Drive, Suite 460
St. Louis, MO 63141
314 744-4010/314 744-4026 (fax)

*Attorney for Plaintiff*

## Certificate of Service

On April 23, 2021, I served this Motion to Withdraw on all counsel of record via the Court's electronic filing system.

/s/ Joshua M. Pierson